DOUGLAS BRATTON, Appellant, *v.* SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 7246

March 14, 1973                          506 P.2d 1264

*George H. Spizzirri*, of Las Vegas, for Appellant.

*Robert List*, Attorney General, Carson City, *Roy A. Woofter*, District Attorney, and *Donald K. Wadsworth*, Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This appeal from the denial of pre-trial habeas relief challenges the sufficiency and validity of the evidence on which the

grand jury indicted appellant for the sale of a controlled substance in violation of NRS 453.321 and NRS 453.161. The challenge does not possess merit.

Affirmed.